William E. Gaar, OSB No. 890464
Joseph Carlisle, OSB No. 152602
weg@buckley-law.com
jwc@buckley-law.com
BUCKLEY LAW P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: 503-620-8900
*Attorneys for Defendants*
*SharkNinja Operating LLC,*
*SharkNinja Management LLC, and*
*SharkNinja Sales Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KIMBERLY SUNDQUIST and ERIC SUNDQUIST, a married couple, | Case No. 3:22-CV-01082 |
| Plaintiffs, | **SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, AND SHARKNINJA SALES COMPANY'S NOTICE OF REMOVAL** |
| v. | |
| SHARKNINJA OPERATING LLC, a foreign limited liability company, SHARKNINJA MANAGMENT LLC, a foreign limited liability company, SHARKNINJA SALES CO., a foreign corporation, and WALMART, INC, a foreign corporation, | DEMAND FOR JURY TRIAL |
| Defendants. | |

SharkNinja Operating LLC, SharkNinja Sales Company, and SharkNinja Management LLC (collectively "SharkNinja Defendants") remove this products-liability action filed on June

PAGE 1 – Notice of Removal

23, 2022, from the Circuit Court of the State of Oregon, County of Multnomah, to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332, 1441, and 1446.

## GROUNDS FOR REMOVAL – DIVERSITY JURISDICTION

The grounds for removal based on diversity jurisdiction are met. As to the complete-diversity requirement, Plaintiffs Kimberly Sundquist and Eric Sundquist are citizens of Oregon. (*See* Plaintiff's Complaint at ¶ 2 (attached as **Ex. 1**).) None of the named Defendants are citizens of Oregon.

SharkNinja Operating LLC is a Delaware limited liability company with its principal place of business in Massachusetts, whose sole member is EP Midco LLC, a Delaware limited liability company with its principal place of business in Massachusetts, whose sole member is Global Appliance LLC, a Delaware limited liability company with its principal place of business in Massachusetts, whose sole member is Global Appliance UK Holdco Ltd., a corporation organized under the laws of the United Kingdom with its principal place of business located in England. (*See* SharkNinja Operating's Corporate Disclosure Statement, which is being filed contemporaneously herewith and is attached hereto as **Ex. 4**.)

SharkNinja Sales Company is Delaware corporation with its principal place of business in Massachusetts, wholly owned by its parent company, SharkNinja Operating LLC. (*Id.*)

SharkNinja Management is a Delaware limited liability company with its principal place of business in Massachusetts, wholly owned by its sole member, SharkNinja Operating LLC. (*Id.*)

Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. (*See* **Ex. 5**, Declaration of Joseph W. Carlisle attaching Walmart Inc.'s registration with the Oregon Secretary of State.)

PAGE 2 – Notice of Removal

As to the amount-in-controversy requirement, Plaintiffs' Complaint seeks $2.3 million for "severe injury to Plaintiff K. Sundquist's right thumb and fingers" alleged caused by a blender accident. (*See* Complaint, Prayer for Relief at ¶¶ 1-2.) Graphic photos of her injuries are shown on page 6 of the Complaint. Plaintiffs' $2.3 million demand is based on several categories of economic and non-economic damages, including damages for permanent physical injuries, impaired mobility, surgery, the consequences of surgery including pain, agony, interference with normal life activities, sleeplessness, and medical expenses, past and future, social anxiety, fear of crowds, embarrassment, and loss of consortium, conjugal fellowship, company, cooperation, and aid. (*See* Complaint, ¶ 97-99.) Plaintiffs also seek court costs and such other and additional relief as the Court may deem appropriate. (*See* Complaint, Prayer for Relief at ¶¶ 3-6.)

Under these circumstances, the amount-in-controversy requirement is satisfied. *See Earned v. Guffanti,* No. 3:21-CV-00878-AC, 2021 WL 6622139, at *2 (D. Or. Oct. 14, 2021) ("At the notice of removal stage, the defendant may allege simply that the jurisdictional threshold has been met.") (citing *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014)); *Brinkmann v AMB Onsite Services - West, Inc.*, No. 3:17-CV-00478-BR, 2017 WL 2901932, at *4 (D. Or. June 30, 2017) ("When determining the amount in controversy, courts first look to the complaint. Generally 'the sum claimed by the plaintiff controls if the claim is apparently made in good faith.'") (citations omitted).

## PROCEDURAL REQUIREMENTS FOR REMOVAL

The procedural requirements for removal are also met. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and is the proper venue for an action removed from the Circuit Court of Multnomah County pursuant to 28 U.S.C. § 1441. This Notice of Removal is timely

because it was filed within 30 days of June 27, 2022, the date SharkNinja Operating LLC, SharkNinja Sales Company, and Walmart Inc. were served with Plaintiffs' Complaint,[1] which is the first paper from which it could be ascertained that this case is removable. (See **Ex. 3**, Certificates of Service). All served Defendants (i.e. SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja Management LLC, and Walmart Inc.) consent to removal.

After filing this notice of removal, the SharkNinja Defendants will promptly give written notice thereof to all other parties and shall file a copy of the notice with the clerk of the Circuit Court of Multnomah County, pursuant to 28 U.S.C. § 1446(d). The SharkNinja Defendants have attached the following exhibits, which include a legible copy of each paper docketed in the state-court action:

- Plaintiffs' Complaint (**Ex. 1**);
- The docket from the state-court action as of the filing of this Notice of Removal (**Ex. 2**);
- Copies of all papers docketed in the state-court action (**Ex. 3**).

WHEREFORE, this case is now removed to this Court.

DATED: July 25, 2022.                     BUCKLEY LAW P.C.

                                          By:   *s/ Joseph W. Carlisle*
                                              William E. Gaar, OSB No. 890464
                                              weg@buckley-law.com
                                              Joseph W. Carlisle, OSB No. 152602
                                              jwc@buckley-law.com

                                              *Attorneys for Defendants*
                                              *SharkNinja Operating LLC,*
                                              *SharkNinja Management LLC, and*
                                              *SharkNinja Sales Company*

---

[1] SharkNinja Management LLC was served with Plaintiffs' Complaint on June 28, 2022. See **Ex. 5**, Declaration of Joseph W. Carlisle.

PAGE 4 – Notice of Removal

        Scott D. Kaiser (to be admitted pro hac vice)
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108
        (816) 474-6550
        skaiser@shb.com

        *Lead Counsel for Defendants*
        *SharkNinja Operating LLC,*
        *SharkNinja Management LLC, and*
        *SharkNinja Sales Company*

PAGE 5 – Notice of Removal

# CERTIFICATE OF SERVICE

I certify that I served or caused to be served a full, true, and complete copy of the foregoing **DEFENDANTS SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, AND SHARKNINJA SALES CO.'S NOTICE OF REMOVAL** on the party or parties listed below as follows:

Daniel E. Thenell
Emerson Lenon
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy Suite 290
Portland, OR 97223
dan@thenelllawgroup.com
emerson@thenelllawgroup.com

☐ by first-class prepaid **MAIL**
☐ by **OVERNIGHT MAIL**
☒ by **EMAIL**
☒ by **ESERVICE** via CM/ECF
☐ by **PERSONAL SERVICE**

*Attorneys for Plaintiff*

Jessica Lancaster
CHOCK BARHOUM LLP
121 SW Morrison St, Suite 500
Portland, OR 97204
jessica.lancaster@chockbarhoum.com

☐ by first-class prepaid **MAIL**
☐ by **OVERNIGHT MAIL**
☒ by **EMAIL**
☐ by **ESERVICE** via CM/ECF
☐ by **PERSONAL SERVICE**

*Attorney for Defendant Walmart Inc.*

DATED: July 25, 2022.

                      BUCKLEY LAW P.C.

                      By: *s/ Joseph W. Carlisle*
                          William E. Gaar, OSB No. 890464
                          weg@buckley-law.com
                          Joseph W. Carlisle, OSB No. 152602
                          jwc@buckley-law.com

                          *Attorneys for Defendants*
                          *SharkNinja Operating LLC,*
                          *SharkNinja Management LLC, and*
                          *SharkNinja Sales Company*

PAGE 1 – Certificate of Service