Daniel E. Thenell, OSB No. 971655
dan@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KIMBERLY SUNDQUIST and ERIC SUNDQUIST, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> SHARKNINJA OPERATING LLC, a foreign Limited Liability Company, SHARKNINJA MANAGEMENT LLC, a foreign Limited Liability Company, SHARKNINJA SALES CO., a foreign Corporation, and WALMART, INC, a foreign corporation, <br><br> Defendants. | Case No. 3:22-CV-01082 SB <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING ECONOMIC DAMAGES** |

### L.R. 7.1 CERTIFICATION

Counsel for Plaintiffs Kimberly Sundquist and Eric Sundquist ("Plaintiffs") certifies that he conferred in good-faith with counsel for all Defendant's regarding this motion.

The proposed amendment was sent to Counsel for Defendants Sharkninja Operating LLC, Sharkninja Management LLC, Sharkninja Sales, Co, and Walmart, Inc and we have not heard back

Page 1 – PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT    2021-73

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone (503) 372-6450
Facsimile (503) 372-6496

## MOTION

Plaintiffs seek to file their First Amended Complaint, adding damages for emotional distress.

On June 23, 2022, Plaintiffs filed a Complaint in State of Oregon Circuit Court against Defendants for Strict Products Liability: Manufacturing Defect, Design Defect; Failure to Warn; Negligence; Breach of Warranties; Unlawful Trade Practices, and Negligence Per Se. A copy is attached hereto as Exhibit A. Defendant's removed this lawsuit to this Court on July 25, 2022.

Pursuant to LR 15-1(d)(1), a copy of Plaintiffs Proposed First Amended Complaint is attached hereto as Exhibit B. A proposed form of order is attached hereto as Exhibit C.

Dated: September 18, 2023

                                      */s/Daniel E. Thenell*
                                      Daniel E. Thenell, OSB #971655
                                      Email: dan@thenelllawgroup.com
                                      *Attorneys for Plaintiffs*

Page 2 – PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT     2021-73

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone (503) 372-6450
Facsimile (503) 372-6496