IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIMBERLY SUNDQUIST and ERIC SUNDQUIST, a married couple,<br><br>    Plaintiff,<br><br>  v.<br><br>SHARKNINJA OPERATING LLC, a foreign Limited Liability Company, SHARKNINJA MANAGEMENT LLC, a foreign Limited Liability Company, SHARKNINJA SALES CO., a foreign Corporation, and WALMART, INC, a foreign Corporation,<br><br>    Defendants. | Case No. 3:22-cv-01082-SB<br><br>**JUDGMENT** |

  Based on the parties' stipulation and notice of settlement (ECF No. 66),

  IT IS ADJUDGED that this matter is DISMISSED with prejudice and without costs, disbursements, or attorney's fees to any party.

  DATED this 16th day of August, 2024.

                    _/s/ Stacie F. Beckerman_
                    HON. STACIE F. BECKERMAN
                    United States Magistrate Judge